Order issued February 27, 2013



In The

**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-12-00948-CR
No. 05-12-00949-CR
No. 05-12-00950-CR

RENEISHA ANQUINETTE STEWART, Appellant

V.

THE STATE OF TEXAS, Appellee

## ORDER

The Court has before it appellant's February 19, 2013 motion to reduce bail that was improperly filed in this Court. *See* TEX. CODE TEX. CRIM. APP. PROC. ANN. art. 44.04(d) (West 2006). Accordingly, the Court **DENIES** appellant's motion to reduce bail.

Based on the Court's opinion of this date, we **GRANT** the September 12, 2012 motion for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Adrienne A. Dunn and Nanette Hendrickson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to

Reneisha Anquinette Stewart, Bookin No. 12025414, Dallas County Jail, P.O. Box 660334, Dallas, Texas, 75266-0334.

_____

MARY MURPHY
JUSTICE